Mutual Services of Highland Park, Inc., an Illinois Corporation, Plaintiff-Appellant, v. S. O. S. Plumbing & Sewerage Company, an Illinois Corporation, Defendant-Appellee.

Gen. No. 67–123. 

Second District.

March 22, 1968.

Robert Weber, of Highland Park, for appellant; Leonard E. Blum, of Chicago, for appellee. Opinion by JUSTICE MORAN. Not to be published in full.